

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00246-CV

**RONALD WALTON,**

                                            **Appellant**

 **v.**

**DONNA CALLOWAY,**

                                            **Appellee**

---

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. 42508**

---

## MEMORANDUM  OPINION

---

Ronald Walton appeals from the trial court's July 2, 2014 order dismissing his suit as frivolous. Walton's brief was originally due on October 3, 2014. By letter dated October 10, 2014, this Court notified Walton that the appeal was subject to dismissal for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from the date of the letter. More than 21 days have passed, and no response has been filed. Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(b).

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 4, 2014
[CV06]

